UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1144
_____

CONESTOGA WOOD SPECIALITIES CORPORATION; NORMAN HAHN;
NORMAN LEMAR HAHN; ANTHONY H. HAHN; ELIZABETH HAHN; KEVIN
HAHN,

Appellants

v.

SECRETARY OF THE UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES;  SECRETARY UNITED STATES
DEPARTMENT OF LABOR; SECRETARY UNITED STATES DEPARTMENT OF
THE TREASURY; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES
DEPARTMENT OF THE TREASURY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5-12-cv-06744)
District Judge:  Hon. Mitchell S. Goldberg
_____

Before:  JORDAN, VANASKIE and COWEN, *Circuit Judges*.

_____

ORDER
_____

**AND NOW**, upon issuance of the mandate of the Supreme Court of the United

States in the case of <u>Conestoga Wood Specialties Corp. v. Burwell</u>, No. 13-356, reversing

the judgment entered by this court, and remanding for further proceedings;

**IT IS HEREBY ORDERED AND ADJUDGED** that the January 11, 2013 order

of the United States District Court for the Eastern District of Pennsylvania in this case is

hereby reversed and the case is remanded to that court for proceedings consistent with the

Supreme Court's opinion.

By the Court,


s/ Kent A. Jordan
Circuit Judge

Dated: August 5, 2014

tmm/cc: all counsel of record